GIOVANNI ORANTES – State Bar No. 190060
**THE ORANTES LAW FIRM, P.C.**
3435 Wilshire Blvd. – 27th Floor
Los Angeles, CA  90010
Telephone:  (213) 389-4362
Facsimile:  (877) 789-5776
go@gobklaw.com

Attorneys for Movant
KlearNow Corporation
KlearNow

## UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>CLOUD MOUNTAIN, INC.,<br><br>Debtor and Debtor In Possession. | **Case No. 8:22-bk-10442-TA**<br><br>Chapter 11 Case<br><br>**STIPULATION REGARDING MOTION FOR APPROVAL OF ADMINISTRATIVE EXPENSE CLAIM**<br><br>CONTINUED HEARING:<br><br>Date:  January 10, 2024<br>Time:  10:00 AM<br>Place:  Ctrm. 5B<br>411 West Fourth Street,<br>Santa Ana, CA 92701 |

COMES NOW KlearNow Corporation, the Creditor ("KlearNow" or "Creditor"), through his counsel for this matter, The Orantes Law Firm, P.C., by Giovanni Orantes, Esq. and Debtor Cloud Mountain, Inc. ("Debtor") and together with Creditor, the "Parties"), by and through counsel, with respect to the facts below hereby enter into this Stipulation ("Stipulation")

Cloud Mountain, Inc. filed for bankruptcy relief under Subchapter V of Chapter 11 of the Bankruptcy Code on March 17, 2022.

1

On September 29, 2023, KlearNow filed its Notice Of Motion And Motion For Approval Of Administrative Expense Claim (the "Administrative Expense Claim Motion") as docket No. 250. Such motion requested an administrative claim for $20,207.27.

On October 18, 2023, the Debtor filed its Opposition to the Administrative Expense Claim Motion as docket No. 267. The Debtor objected to specific components of the payment KlearNow sought, but agreed that KlearNow should receive payment in the amount of $11,530.76.

On October 25, 2023, the Parties filed the Stipulation To Adjourn Motion For Approval Of Administrative Expense Claim as docket No. 271. The hearing on the Administrative Expense Claim Motion was continued to November 29, 2023 at 11:00 a.m.

On November 22, 2023, KlearNow filed its reply to the Administrative Expense Claim Motion as docket No. 275 requesting payment in full as originally requested.

The Court held a hearing on November 29, 2023 and discussed its tentative rulings and heard argument from counsel for the Parties. The Court then set a briefing schedule for an evidentiary hearing to be held on January 10, 2024 at 10:00 a.m.

The Parties engaged in negotiations after the hearing and have reached a resolution.

The Parties have agreed that the Administrative Expense Claim Motion should be granted for a claim in the amount of $17,000 due and payable immediately by the Debtor to KlearNow.

The Parties stipulated and request that the January 10, 2024 at 10:00 A.M. be vacated and appearances excused.


SO STIPULATED.

Dated: December 18, 2023                    **THE ORANTES LAW FIRM, P.C.**


By: /s/ Giovanni Orantes
    Giovanni Orantes
    Attorney for Movant

2

Dated: December 19, 2023

**GOLDEN GOODRICH LLP**

By: _____
David M. Goodrich, Esq.
Beth Gaschen, Esq.
Attorney for Reorganized Debtor
Cloud Mountain, Inc.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**3435 Wilshire Blvd., 27th Floor**
**Los Angeles, CA 90010**
A true and correct copy of the foregoing document entitled (specify): **STIPULATION REGARDING MOTION FOR APPROVAL OF ADMINISTRATIVE EXPENSE CLAIM** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.
On  **December 19, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Fahim Farivar on behalf of Interested Party Farivar Law Firm, APC
fahim@farivarlaw.com, catherine@farivarlaw.com;lisa@farivarlaw.com

Beth Gaschen on behalf of Attorney Weiland Golden Goodrich LLP
bgaschen@go2.law,
kadele@go2.law;cmeeker@go2.law;cyoshonis@go2.law;bgaschen@ecf.courtdrive.com;dfitzgerald@go2.law

Beth Gaschen on behalf of Debtor Cloud Mountain, Inc., a California corporation
bgaschen@go2.law,
kadele@go2.law;cmeeker@go2.law;cyoshonis@go2.law;bgaschen@ecf.courtdrive.com;dfitzgerald@go2.law

Ivan M. Gold on behalf of Creditor 500 Warner Avenue, LLC
igold@allenmatkins.com

David M Goodrich on behalf of Attorney Weiland Golden Goodrich LLP
dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich on behalf of Debtor Cloud Mountain, Inc., a California corporation
dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

Michael S Greger on behalf of Creditor 500 Warner Avenue, LLC
mgreger@allenmatkins.com, kpreston@allenmatkins.com

Queenie K Ng on behalf of U.S. Trustee United States Trustee (SA)
queenie.k.ng@usdoj.gov

Giovanni Orantes on behalf of Creditor KlearNow Corporation
go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com

Mark M Sharf (TR)
mark@sharflaw.com, C188@ecfcbis.com;sharf1000@gmail.com;2180473420@filings.docketbird.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On, __December 19, 2023__ I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

United States Bankruptcy Court
Honorable Theodor C. Albert
411 West Fourth Street, Suite 5085
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 19, 2023 | Andrea M. Castro | Signature |
|---|---|---|
| Date | Printed Name | |