GIOVANNI ORANTES – State Bar No. 190060
**THE ORANTES LAW FIRM, P.C.**
3435 Wilshire Blvd. – 27th Floor
Los Angeles, CA  90010
Telephone:  (213) 389-4362
Facsimile:  (877) 789-5776
go@gobklaw.com


Attorney for KlearNow Corporation


**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION DIVISION**


In re:

CLOUD MOUNTAIN, INC.,



Reorganized Debtor.

Case No. 8:22-bk-10442-TA


Chapter 11 Proceeding

**NOTICE OF MOTION AND MOTION FOR AN ORDER TO SHOW CAUSE WHY CLOUD MOUNTAIN, INC. SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR VIOLATION OF ORDER REQUIRING PAYMENT OF ADMINISTRATIVE CLAIM; MEMORANDUM OF POINTS AND AUTHORITIES AND SUPPORTING DECLARATIONS**

**[FRBP 9020 & LBR 9020-1]**

**TO THE HONORABLE THEODOR ALBERT, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; CAPITAL ONE/GREENPOINT AND TO ALL OTHER INTERESTED PARTIES:**

COMES NOW, KlearNow Corporation and hereby submits the following **MOTION FOR AN ORDER TO SHOW CAUSE WHY CLOUD MOUNTAIN, INC. SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR VIOLATION OF ORDER REQUIRING**

-1-

**PAYMENT OF ADMINISTRATIVE CLAIM; MEMORANDUM OF POINTS AND AUTHORITIES AND SUPPORTING DECLARATIONS** [FRBP 9020 & LBR 9020-1] (the "Motion").

**PLEASE TAKE NOTICE THAT** according to LBR 9020-1(b), upon service of this motion, the responding parties shall have **seven (7) days to object** to the issuance of the order to show cause.

<div align="center">

**I.**

**<u>FACTUAL BACKGROUND</u>**

</div>

Cloud Mountain, Inc. filed for bankruptcy relief under Subchapter V of Chapter 11 of the Bankruptcy Code on March 17, 2022.

On September 29, 2023, KlearNow filed its Notice Of Motion And Motion For Approval Of Administrative Expense Claim (the "Administrative Expense Claim Motion") as docket No. 250. Such motion requested an administrative claim for $20,207.27.

On October 18, 2023, the Debtor filed its Opposition to the Administrative Expense Claim Motion as docket No. 267. The Debtor objected to specific components of the payment KlearNow sought, but agreed that KlearNow should receive payment in the amount of $11,530.76.

On October 25, 203, the Parties filed the Stipulation to Adjourn Motion for Approval of Administrative Expense Claim as docket No. 271. The hearing on the Administrative Expense Claim Motion was continued to November 29, 2023 at 11:00 a.m.

On November 22, 2023, KlearNow filed its reply to the Administrative Expense Claim Motion as docket No. 275 requesting payment in full as originally requested.

The Court held a hearing on November 29, 2023 and discussed its tentative rulings and heard argument from counsel for the Parties. The Court then set a briefing schedule for an evidentiary hearing to be held on January 10, 2024 at 10:00 a.m.

The Parties engaged in negotiations after the hearing and have reached a resolution.

The Parties agreed that the Administrative Expense Claim Motion should be granted for a claim in the amount of $17,000 due and payable immediately by the Debtor to KlearNow.

Again, the Parties engaged in negotiations after the hearing and reached a resolution whereby KlearNow agreed to receive the lower amount especially to avoid further delay. As a result, the Parties signed and submitted a stipulation reflecting their agreement as Docket No. 278 (Stipulation Regarding Motion for Approval of Administrative Expense Claim Filed by Creditor KlearNow Corporation), which was approved by order entered on December 20, 2023 bearing Docket No. 279 (the "**Order**").  True and correct copies of the aforementioned Stipulation and Order are attached hereto as Exhibits "1" and "2," respectively.

Since that time, even though the Order required payment "immediately,' Cloud Mountain has not paid KlearNow at all.

Counsel from KlearNow has communicated with David Goodrich, counsel for the Debtor, on many occasions since that time requesting payment from the Debtor, including on December 27, 2023 and in 2024, including on February 28, February 29, March 13, March 27, April 18, and May 15.  Counsel gave notice that KlearNow would move for contempt as early as on February 28, 2024 and thereafter. True and correct copies of these communications are collectively attached as Exhibit "3" to the Declaration of Giovanni Orantes, Esq. appended hereto.

KlearNow was left with no choice but to seek a contempt order and urges the Court to hold the Debtor in contempt for failing to pay KlearNow as it agreed and this Court ordered and award sanctions, including attorneys' fees and costs.

## II.

## <u>CIVIL CONTEMPT</u>

The Court has the power to enforce its own orders and hold parties in civil contempt for disobeying court orders. 11 U.S.C. § 105; *Burd v. Walters*, 868 F.2d 665 (4th Cir. 1989) (holding that bankruptcy court has civil contempt powers to carry out the provisions of the Code); *Chambers v. NASCO, Inc.,* 501 U.S. 32, 43, 111 S.Ct. 2123 (1991) ("It has long been understood that [c]ertain implied powers must necessarily result to our Courts of justice from the nature of their institution, power which cannot be dispensed with in a Court, because they are necessary to the exercise of all others."); *In Re Rainbow Magazine, Inc.*, 77 F.3d 278, 284 (9th Cir.1996)

("There can be little doubt that bankruptcy courts have the inherent power to sanction vexatious conduct [under § 105]."); *Placid Refining Co. v. Terrebonne Fuel & Lube, Inc. (Matter of Terrebonne Fuel & Lube, Inc.)*, 108 F.3d 609, 613 (5th Cir. 1997) )"a bankruptcy court's power to conduct civil contempt proceedings and issue orders in accordance with the outcome of those proceedings lies in 11 U.S.C. § 105.") (collecting cases).

Indeed, when necessary, the court can enforce its orders without even reopening a case. *In re Menk*, 241 B.R. 896, 906 (B.A.P. 9th Cir. 1999), citing *Koehler v. Grant*, 213 B.R. 567 (B.A.P. 8th Cir. 1997).

Civil contempt is "appropriate when a party fails to comply with a specific and definite court order." *Petroleos Mexicanos v. Crawford Enterprises, Inc.*, 826 F.2d 392, 400 (5th Cir. 1987); *Dynamic Sports Nutrition, Inc. v. Roberts*, Case No. H-08-1929, 2009 U.S. Dist. LEXIS 131145, at *7 (S.D. Tex. July 14, 2008). In a civil contempt proceeding, the party seeking an order of contempt need only establish by clear and convincing evidence that: (1) a court order was in effect; (2) the order required certain conduct by the [defendant]; and (3) the [defendant] failed to comply with the court's order." *Piggly Wiggly Clarksville Inc. v. Mrs. Baird's Bakeries*, 177 F.3d 380, 382 (5th Cir. 1999) ("Piggly Wiggly Case"); see also *Alliantgroup, L.P. v. Feingold.*, No. 2010 U.S. Dist. LEXIS 103651, at *1 (S.D. Tex. Sept. 30, 2010). The Ninth circuit has explained in a common occurrence in bankruptcy court, i.e., the violation of the automatic stay

> The threshold standard for imposing a civil contempt sanction in the context of an automatic stay violation therefore dovetails with the threshold standard for awarding damages under § 362(h). *Pace,* 67 F.3d at 191 (incorporating the willfulness standard of § 362(h) as explicated by *Pinkstaff v. United States (In re Pinkstaff),* 974 F.2d 113, 115 (9th Cir.1992)). Under both statutes, the threshold question regarding the propriety of an award turns not on a finding of "bad faith" or subjective intent, but rather on a finding of "willfulness," where willfulness has a particularized meaning in this context:
>> "[W]illful violation" does not require a specific intent to violate the automatic stay. Rather, the statute provides for damages upon a finding that the defendant knew of the automatic stay and that the defendant's actions which violated the stay were intentional.

*In re Dyer*, 322 F.3d 1178, 1191 (9th Cir. 2003), citing *Havelock v. Taxel* (*In re Pace*), 67 F.3d 187, 191 (9th Cir.1995). By analogy, an action that intentionally violated an order satisfies the willful violation standard. *See Id*.

Although this Movant has not located a convenient multi-part test in the Ninth Circuit, the Court of Appeals for the Fourth Circuit has articulated the standard to establish civil contempt in *Ashcraft v. Conoco, Inc.,* 218 F.3d 288, 301 (4th Cir. 2000) (internal quotations omitted) that is equivalent to the standard established by the Piggly Wiggly Case, as follows:

> 1) the existence of a valid decree of which the alleged contemnor had actual or constructive knowledge; (2) ... that the decree was in the movant's "favor"; (3) ... that the alleged contemnor by its conduct violated the terms of the decree, and had knowledge (at least constructive knowledge) of such violations; and (4) ... that [the] movant suffered harm as a result.

Each of these elements must be established by clear and convincing evidence. *Ashcraft*, 218 F. 3d at 301 (construing *Colonial Williamsburg Found. v. The Kittinger Co.,* 792 F. Supp. 1397, 1405-06 (E.D.Va. 1992), aff'd, 38 F.3d 133, 136 (4th Cir. 1994)). Movant is confident that this Court would agree that satisfying the above elements suffices to establish contempt in the Ninth cirtuit, too.

Here, all the elements are easily proven. (1) the Order is a valid degree of which the alleged contemn had actual knowledge since it arose from a stipulation that the Debtor's principal signed; (2) the Order was in this Movant's favor as it required the Debtor to pay "immediately" to the Movant $17,000; (3) by failing to pay the $17,000 immediately, the Debtor violated the terms of the Order and had knowledge of such violation, especially since counsel for Movant reminded the Debtor's counsel, whose knowledge is attributed to his client under the law and, in any event, Debtor's counsel's emails make it clear that the Debtor is fully aware of this; and (4) the Movant has suffered harm as a result in that it has not been able to use such $17,000 in its business operations to generate a multiple of such amount and has had to incur attorneys' fees and costs to enforce the Order and to proceed with the instant contempt proceeding.  Therefore, the Movant clearly satisfies any obligation it may have to prove that the Debtor has acted with bad faith and willfully, especially since it has now been almost six months since the Court entered the order and

the Debtor has not paid KlearNow even though counsel for KlearNow has requested payment and warned the Debtor, through counsel, about filing a motion to hold the Debtor in contempt for failing to pay what it promised to this Court and this Court order to pay. The Debtor deceived the Court and KlearNow into believing that it would pay as ordered <u>immediately</u>, but has simply been flouting the Order since December 20, 2023. Based on the foregoing, it could not be clearer that the Debtor is willfully and in bad faith violated the Order.  *E.g., Adams*, 2010 WL 2721205 *3 (willfulness is proven by showing creditor knew of the order and intended the act which violated the injunction).

In non-Bankruptcy contexts also applicable here, before awarding sanctions pursuant to its inherent power, "the court must make an express finding that the sanctioned party's behavior 'constituted or was tantamount to bad faith.' " *Leon v. IDX Sys. Corp.,* 464 F.3d 951, 961 (9th Cir.2006). The Courts have found bad faith in a variety of conduct stemming from "a full range of litigation abuses." *Chambers v. NASCO*, Inc.,, 501 U.S. 32 at 47, 111 S.Ct. 2123. For example "[a] party 'demonstrates bad faith by delaying or disrupting the litigation....' *Primus Auto. Fin. Servs., Inc. v. Batarse,* 115 F.3d 644, 648 (9th Cir.1997)." *Leon,* 464 F.3d at 961 (plaintiff demonstrated bad faith by going to extraordinary measures to destroy evidence). Actions constituting a fraud upon the court or actions that cause "the very temple of justice [to be] defiled" are also sufficient to support a bad faith finding. *Chambers,* 501 U.S. at 46, 111 S.Ct. 2123.  When, as here, an agreed order requiring immediate payment from the Debtor is simply ignored, it defiles the very temple of justice that is this bankruptcy court system.

For these reasons, there is ample evidence that the Debtor has willfully and in bad faith violated the Order, and is, therefore, in civil contempt of a court order and should be ordered immediately to pay the $17,000 with interest at least at the federal judgment rate plus attorneys' fees and costs according to a declaration of counsel which will be submitted in conjunction with the Court's order or orders hereto.  Counsel has already spent at least three hours researching and creating this Motion and the accompanying order. At $695 per hour plus postage and copying costs of about $20, the Court should issue an additional order requiring payment of $2,095 so far, though it will increase with additional briefing and appearances in this matter.

## III.

## CONCLUSION

**WHEREFORE**, in light of the foregoing, KlearNow prays that this Court grant and enforce its Order and order that:

Cloud Mountain show cause why it should not be sanctioned for refusing to pay the ordered amount immediately; (which should establish a day certain);

Award the Debtor to pay the $17,000 by a date certain plus interest at the federal judgment interest rate;

**Award additional amounts of $350 (about half an hour of counsel's time) for any additional day that the Debtor delays in paying Klearnow;**

Award **attorney's fees and costs** in the amount of no less than $2,095 which counsel already accrued plus, *inter alia*, additional amounts counsel anticipates spending on a reply or response to any response filed by the Debtor and in appearing at the hearing on an Order to Show Cause – counsel will submit a further description of its time and a bill closer to the time of the hearing on the Motion; and

Grant Movant any other relief the Court deems just and proper.

DATED:  June 6, 2024                    **THE ORANTES LAW FIRM, P.C.**

By:  /s/ Giovanni Orantes
        Giovanni Orantes

        Attorney for KlearNow Corporation

# DECLARATION OF GIOVANNI ORANTES

I, Giovanni Orantes, declare as follows:

1.    I am over the age of eighteen years and I am counsel of record for KlearNow Corporation ("KlearNow"), a creditor in the case of Cloud Mountain, Inc. (the "Debtor" or "Cloud Mountain") bearing case No. 8:22-bk-10442-TA. I am duly admitted to the Bar of the State of California and to the Bar of this Court and am Board Certified as a Specialist in Bankruptcy Law, among other things.  I have personal knowledge of the foregoing facts and if I am called upon to testify, I could and would do so competently thereto.

2.    I make this Declaration in support of that Motion for an Order to Show Cause Why Cloud Mountain, Inc. Should Not Be Held in Contempt of Court for Violation of that order entered on December 20, 2023, bearing Docket No. 279.

3.    Cloud Mountain, Inc. filed for bankruptcy relief under Subchapter V of Chapter 11 of the Bankruptcy Code on March 17, 2022 ("Petition Date").

4.    KlearNow provided services and made payments on behalf of the Debtor after the Petition Date and on September 29, 2023. KlearNow filed its Notice Of Motion And Motion For Approval Of Administrative Expense Claim (the "Administrative Expense Claim Motion") as docket No. 250. Such motion requested an administrative claim for $20,207.27.

5.    On October 18, 2023, the Debtor filed its Opposition to the Administrative Expense Claim Motion as docket No. 267. The Debtor objected to specific components of the payment KlearNow sought, but agreed that KlearNow should receive payment in the amount of $11,530.76. KlearNow disagreed.

6.    On October 25, 203, the Parties filed the Stipulation To Adjourn Motion For Approval Of Administrative Expense Claim as docket No. 271. The hearing on the Administrative Expense Claim Motion was continued to November 29, 2023 at 11:00 a.m.

7.    On November 22, 2023, KlearNow filed its reply to the Administrative Expense Claim Motion as docket No. 275 requesting payment in full as originally requested.

-1-

8. The Court held a hearing on November 29, 2023 and discussed its tentative rulings and heard argument from counsel for the Parties. The Court then set a briefing schedule for an evidentiary hearing to be held on January 10, 2024 at 10:00 a.m.

9. Before January 10, 2024, the Parties agreed that the Administrative Expense Claim Motion should be granted for a claim in the amount of $17,000 due and payable immediately by the Debtor to KlearNow.

10. The Parties engaged in negotiations after the hearing and reached a resolution whereby KlearNow agreed to receive the lower amount especially to avoid further delay. As a result, the Parties signed and submitted a stipulation reflecting their agreement as Docket No. 278 (Stipulation Regarding Motion for Approval of Administrative Expense Claim Filed by Creditor KlearNow Corporation), which was approved by order entered on December 20, 2023, bearing Docket No. 279. True and correct copies of the aforementioned Stipulation and Order are attached hereto as Exhibits "1" and "2," respectively.

11. Since that time, even though the Order required payment "immediately,' Cloud Mountain has not paid KlearNow at all.

12. I have communicated with David Goodrich, counsel for the Debtor, on many occasions since that time requesting payment from the Debtor, including on December 27, 2023 and in 2024, including on February 28, February 29, March 13, March 27, April 18, and May 15. Counsel gave notice that KlearNow would move for contempt on February 28, 2024. True and correct copies of these communications (redacting statements prior to December 27, 2023 that may be considered confidential settlement communications) are collectively attached hereto as Exhibit "3."

13. I have already spent at least three hours researching and creating this Motion and the accompanying order. At $695 per hour plus postage and copying costs of about $20, the Court should issue an additional order requiring payment of $2,095 so far, though it will increase with additional briefing and appearances in this matter.

14. As of the filing of this Motion, no payment has been received.

-2-

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 6, 2024 at Los Angeles County, California.

/s/ Giovanni Orantes
Giovanni Orantes
Attorney for KlearNow Corporation

-3-

# Exhibit 1

GIOVANNI ORANTES – State Bar No. 190060
**THE ORANTES LAW FIRM, P.C.**
3435 Wilshire Blvd. – 27th Floor
Los Angeles, CA  90010
Telephone:  (213) 389-4362
Facsimile:  (877) 789-5776
go@gobklaw.com

Attorneys for Movant
KlearNow Corporation
KlearNow

<div align="center">

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

</div>

| | |
|---|---|
| In re:<br><br>CLOUD MOUNTAIN, INC.,<br><br>    Debtor and Debtor In Possession. | **Case No. 8:22-bk-10442-TA**<br><br>Chapter 11 Case<br><br>**STIPULATION REGARDING MOTION FOR APPROVAL OF ADMINISTRATIVE EXPENSE CLAIM**<br><br><u>CONTINUED HEARING:</u><br><br>Date:   January 10, 2024<br>Time:   10:00 AM<br>Place:  Ctrm. 5B<br>       411 West Fourth Street,<br>       Santa Ana, CA 92701 |

COMES NOW KlearNow Corporation, the Creditor ("KlearNow" or "Creditor"), through his counsel for this matter, The Orantes Law Firm, P.C., by Giovanni Orantes, Esq. and Debtor Cloud Mountain, Inc. ("Debtor") and together with Creditor, the "Parties"), by and through counsel, with respect to the facts below hereby enter into this Stipulation ("Stipulation")

Cloud Mountain, Inc. filed for bankruptcy relief under Subchapter V of Chapter 11 of the Bankruptcy Code on March 17, 2022.

<div align="center">1</div>

On September 29, 2023, KlearNow filed its Notice Of Motion And Motion For Approval Of Administrative Expense Claim (the "Administrative Expense Claim Motion") as docket No. 250. Such motion requested an administrative claim for $20,207.27.

On October 18, 2023, the Debtor filed its Opposition to the Administrative Expense Claim Motion as docket No. 267. The Debtor objected to specific components of the payment KlearNow sought, but agreed that KlearNow should receive payment in the amount of $11,530.76.

On October 25, 2023, the Parties filed the Stipulation To Adjourn Motion For Approval Of Administrative Expense Claim as docket No. 271. The hearing on the Administrative Expense Claim Motion was continued to November 29, 2023 at 11:00 a.m.

On November 22, 2023, KlearNow filed its reply to the Administrative Expense Claim Motion as docket No. 275 requesting payment in full as originally requested.

The Court held a hearing on November 29, 2023 and discussed its tentative rulings and heard argument from counsel for the Parties. The Court then set a briefing schedule for an evidentiary hearing to be held on January 10, 2024 at 10:00 a.m.

The Parties engaged in negotiations after the hearing and have reached a resolution.

The Parties have agreed that the Administrative Expense Claim Motion should be granted for a claim in the amount of $17,000 due and payable immediately by the Debtor to KlearNow.

The Parties stipulated and request that the January 10, 2024 at 10:00 A.M. be vacated and appearances excused.

SO STIPULATED.

Dated: December 18, 2023                     **THE ORANTES LAW FIRM, P.C.**

                                             By: /s/ Giovanni Orantes
                                                 Giovanni Orantes
                                                 Attorney for Movant

2

Dated: December 19, 2023

GOLDEN GOODRICH LLP

By: _____
David M. Goodrich, Esq.
Beth Gaschen, Esq.
Attorney for Reorganized Debtor
Cloud Mountain, Inc.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**3435 Wilshire Blvd., 27th Floor**
**Los Angeles, CA 90010**
A true and correct copy of the foregoing document entitled (specify): **STIPULATION REGARDING MOTION FOR APPROVAL OF ADMINISTRATIVE EXPENSE CLAIM** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 19, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Fahim Farivar on behalf of Interested Party Farivar Law Firm, APC
fahim@farivarlaw.com, catherine@farivarlaw.com;lisa@farivarlaw.com

Beth Gaschen on behalf of Attorney Weiland Golden Goodrich LLP
bgaschen@go2.law,
kadele@go2.law;cmeeker@go2.law;cyoshonis@go2.law;bgaschen@ecf.courtdrive.com;dfitzgerald@go2.law

Beth Gaschen on behalf of Debtor Cloud Mountain, Inc., a California corporation
bgaschen@go2.law,
kadele@go2.law;cmeeker@go2.law;cyoshonis@go2.law;bgaschen@ecf.courtdrive.com;dfitzgerald@go2.law

Ivan M. Gold on behalf of Creditor 500 Warner Avenue, LLC
igold@allenmatkins.com

David M Goodrich on behalf of Attorney Weiland Golden Goodrich LLP
dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich on behalf of Debtor Cloud Mountain, Inc., a California corporation
dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

Michael S Greger on behalf of Creditor 500 Warner Avenue, LLC
mgreger@allenmatkins.com, kpreston@allenmatkins.com

Queenie K Ng on behalf of U.S. Trustee United States Trustee (SA)
queenie.k.ng@usdoj.gov

Giovanni Orantes on behalf of Creditor KlearNow Corporation
go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com

Mark M Sharf (TR)
mark@sharflaw.com, C188@ecfcbis.com;sharf1000@gmail.com;2180473420@filings.docketbird.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:

On, __December 19, 2023__ I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

United States Bankruptcy Court
Honorable Theodor C. Albert
411 West Fourth Street, Suite 5085
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 19, 2023 | Andrea M. Castro | |
|---|---|---|
| Date | Printed Name | Signature |

# Exhibit 2

Giovanni Orantes – State Bar No. 190060
**ORANTES LAW FIRM, P.C.**
3435 Wilshire Blvd. – 27th Floor
Los Angeles, CA 90010
Telephone: (213) 389-4362
Facsimile: (877) 789-5776
E-mail: go@gobklaw.com

Attorneys for Movant
KlearNow Corporation
KlearNow

FILED & ENTERED

DEC 20 2023

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

In re:

CLOUD MOUNTAIN, INC.,

        Debtor and Debtor-in-
Possession.

Case No. 8:22-bk-10442-TA

Chapter 11 Proceeding

**ORDER APPROVING STIPULATION REGARDING MOTION FOR APPROVAL OF ADMINISTRATIVE EXPENSE CLAIM**

<u>CONTINUED HEARING:</u>

Date:  January 10, 2024
Time:  10:00 AM
Place:  Ctrm. 5B
       411 West Fourth Street,
       Santa Ana, CA 92701

Based upon the STIPULATION REGARDING MOTION FOR APPROVAL OF ADMINISTRATIVE EXPENSE CLAIM (Docket No.278) ("Stipulation") entered into by and between KlearNow Corporation, the Creditor herein, and the Cloud Mountain, Inc., the Debtor herein through their respective counsel of record,

**IT IS HEREBY ORDERED** that:

1.    The Administrative Expense Claim Motion is GRANTED. Klearnow has an administrative claim in the amount of $17,000 due and payable immediately by the Debtor to KlearNow.

2.    The January 10, 2024 at 10:00 A.M. is vacated and appearances are excused.

###

Date: December 20, 2023

*Theodor C. Albert*

Theodor C. Albert
United States Bankruptcy Judge

-2-

# Exhibit 3

*(Redacted settlement communications)*

 Gmail

**Giovanni Orantes <go@gobklaw.com>**

---

## Re: Klearnow Adv. Cloud Mountain - Settlement Communication
1 message

---

**Giovanni Orantes** <go@gobklaw.com>                    Wed, May 15, 2024 at 12:58 PM
To: "David M. Goodrich" <dgoodrich@go2.law>, Giovanni Orantes <go@gobklaw.com>

The client still has received nothing.  We have to move forward with sanctions now

Written using iPhone. Please excuse any typos.


On Thu, Apr 18, 2024 at 12:18 PM Giovanni Orantes <go@gobklaw.com> wrote:

> David, I had not noticed this since I see your name so frequently in my Chapter 7
> cases.  May I please get a proposal about payment. Make it front-loaded since so long
> has passed.  Thank you.
>
> On Wed, Mar 27, 2024 at 1:42 PM David M. Goodrich <dgoodrich@go2.law> wrote:
>
>> Hi Giovanni:
>>
>> I spoke with the debtor.  There's not enough to make the full payment.  The debtor thought the stipulation simply
>> allowed the amount and that the amount would be added to the monthly payments under the plan.  It appears I did a
>> bad job explaining the stipulation to my client.
>>
>> Will your client accept monthly payments over 1 year?
>>
>> Sorry,
>>
>> Dave
>>
>> ---
>>
>> **From:** Giovanni Orantes <go@gobklaw.com>
>> **Sent:** Wednesday, March 13, 2024 10:01 PM
>> **To:** David M. Goodrich <dgoodrich@go2.law>
>> **Cc:** Beth Gaschen <BGaschen@go2.law>; Giovanni Orantes <go@gobklaw.com>
>> **Subject:** Re: Klearnow Adv. Cloud Mountain - Settlement Communication
>>
>> David:  I need to know that the money has been sent out.  I cannot wait any longer.  I have to file the OSC re
>> contempt as quickly as I can draft it.  Please let me know tomorrow if you have learned whether the money has been
>> sent.
>>
>> Written using iPhone. Please excuse any typos.

On Thu, Feb 29, 2024 at 11:00 AM David M. Goodrich <dgoodrich@go2.law> wrote:

> Hi Giovanni:
>
> I've asked and the agent for Cloud Mountain has not responded. If I hear something, I'll let you know.
>
> Thanks,
>
> Dave
>
> ---
>
> **From:** Giovanni Orantes <go@gobklaw.com>
> **Sent:** Thursday, February 29, 2024 10:57 AM
> **To:** David M. Goodrich <dgoodrich@go2.law>; Giovanni Orantes <go@gobklaw.com>
> **Cc:** Beth Gaschen <BGaschen@go2.law>
> **Subject:** Re: Klearnow Adv. Cloud Mountain - Settlement Communication
>
> ## Please let me know right away if your client has sent payment.
>
> On Wed, Feb 28, 2024 at 2:49 PM Giovanni Orantes <go@gobklaw.com> wrote:
>
>> ## The order says payment must be immediate and the Debtor has disobeyed it - i.e., flouted the order.
>>
>> On Wed, Feb 28, 2024 at 2:37 PM David M. Goodrich <dgoodrich@go2.law> wrote:
>>
>>> Hello Mr. Orantes:
>>>
>>> We'll relay your message to the debtor.
>>>
>>> What are the grounds for contempt?
>>>
>>> Thanks,
>>>
>>> Dave
>>>
>>> ---
>>>
>>> **From:** Giovanni Orantes <go@gobklaw.com>
>>> **Sent:** Wednesday, February 28, 2024 2:17 PM
>>> **To:** David M. Goodrich <dgoodrich@go2.law>; Beth Gaschen <BGaschen@go2.law>; Giovanni Orantes

&lt;go@gobklaw.com&gt;

**Subject:** Fwd: Klearnow Adv. Cloud Mountain - Settlement Communication

Ms. Gaschen and Mr. Goodrich.  Despite my following up on payment, my client reports that it has not received payment on its allowed administrative claim (I attach again the order for convenience).  Would you please let me know by 10am tomorrow if it has been paid.  Needless to say, I will need to move for contempt if payment has not been made and/or receive no commitment to pay right away. Time is of the essence!

---------- Forwarded message ---------
From: **Giovanni Orantes** <go@gobklaw.com>
Date: Wed, Dec 27, 2023 at 4:19 PM
Subject: Re: Klearnow Adv. Cloud Mountain - Settlement Communication
To: Beth Gaschen <BGaschen@go2.law>
Cc: David M. Goodrich <dgoodrich@go2.law>, Andrea Castro <andreac@gobklaw.com>, Giovanni Orantes <go@gobklaw.com>

On Tue, Dec 19, 2023 at 10:01 AM Giovanni Orantes <go@gobklaw.com> wrote:

On Tue, Dec 19, 2023 at 9:49 AM Beth Gaschen <BGaschen@go2.law> wrote:

Thank you,

Beth

Beth E. Gaschen

Partner

**GOLDEN GOODRICH LLP**

3070 Bristol Street, Suite 640

Costa Mesa, CA 92626

T: 714-966-1000

**From:** Giovanni Orantes <go@gobklaw.com>
**Sent:** Monday, December 18, 2023 7:44 PM
**To:** David M. Goodrich <dgoodrich@go2.law>
**Cc:** Beth Gaschen <BGaschen@go2.law>; Giovanni Orantes <go@gobklaw.com>; Andrea Castro <andreac@gobklaw.com>
**Subject:** Re: Klearnow Adv. Cloud Mountain - Settlement Communication

On Fri, Dec 15, 2023 at 10:25AM David M. Goodrich <dgoodrich@go2.law> wrote:

**From:** Giovanni Orantes <go@gobklaw.com>
**Sent:** Friday, December 15, 2023 10:15 AM
**To:** David M. Goodrich <dgoodrich@go2.law>
**Cc:** Beth Gaschen <BGaschen@go2.law>; Giovanni Orantes <go@gobklaw.com>
**Subject:** Re: Klearnow Adv. Cloud Mountain - Settlement Communication

Written using iPhone. Please excuse any typos.

On Fri, Dec 15, 2023 at 10:13AM David M. Goodrich <dgoodrich@go2.law> wrote:

Thanks,

Dave

**From:** Giovanni Orantes <go@gobklaw.com>
**Sent:** Thursday, December 14, 2023 7:39 PM
**To:** David M. Goodrich <dgoodrich@go2.law>
**Cc:** Beth Gaschen <BGaschen@go2.law>; Giovanni Orantes <go@gobklaw.com>
**Subject:** Re: Klearnow Adv. Cloud Mountain - Settlement Communication

Written using iPhone. Please excuse any typos.

On Fri, Dec 8, 2023 at 11:23AM David M. Goodrich <dgoodrich@go2.law> wrote:

Giovanni:

Thanks,

Dave

**From:** Giovanni Orantes <go@gobklaw.com>
**Sent:** Wednesday, November 29, 2023 4:00 PM
**To:** David M. Goodrich <dgoodrich@go2.law>; Giovanni Orantes <go@gobklaw.com>
**Cc:** Beth Gaschen <BGaschen@go2.law>
**Subject:** Re: Klearnow Adv. Cloud Mountain - Settlement Communication

On Wed, Nov 29, 2023 at 3:50 PM David M. Goodrich <dgoodrich@go2.law> wrote:

**From:** Giovanni Orantes <go@gobklaw.com>
**Sent:** Wednesday, November 29, 2023 3:49 PM
**To:** David M. Goodrich <dgoodrich@go2.law>; Giovanni Orantes <go@gobklaw.com>
**Cc:** Beth Gaschen <BGaschen@go2.law>
**Subject:** Re: Klearnow Adv. Cloud Mountain - Settlement Communication

On Wed, Nov 29, 2023 at 3:44 PM David M. Goodrich <dgoodrich@go2.law> wrote:

███████████████

**From:** Giovanni Orantes <go@gobklaw.com>
**Sent:** Wednesday, November 29, 2023 3:43 PM
**To:** David M. Goodrich <dgoodrich@go2.law>; Giovanni Orantes <go@gobklaw.com>
**Cc:** Beth Gaschen <BGaschen@go2.law>
**Subject:** Re: Klearnow Adv. Cloud Mountain - Settlement Communication

█████████████

On Wed, Nov 29, 2023 at 3:39 PM David M. Goodrich <dgoodrich@go2.law> wrote:

████████████████████

**From:** Giovanni Orantes <go@gobklaw.com>
**Sent:** Wednesday, November 29, 2023 3:25 PM
**To:** David M. Goodrich <dgoodrich@go2.law>; Giovanni Orantes <go@gobklaw.com>
**Cc:** Beth Gaschen <BGaschen@go2.law>
**Subject:** Re: Klearnow Adv. Cloud Mountain - Settlement Communication

████████████████████████

On Wed, Nov 29, 2023 at 2:36 PM David M. Goodrich <dgoodrich@go2.law> wrote:

Hello Giovanni:

██████████████████.

Thanks,

Dave

**From:** Giovanni Orantes <go@gobklaw.com>
**Sent:** Wednesday, November 29, 2023 11:47 AM
**To:** David M. Goodrich <dgoodrich@go2.law>; Giovanni Orantes <go@gobklaw.com>
**Subject:** Klearnow Adv. Cloud Mountain - Settlement Communication

Dear David:

Thank you.

--

WE DO NOT ACCEPT SERVICE BY EMAIL UNLESS WE HAVE AGREED TO
ACCEPT IT IN WRITING.

Giovanni Orantes, Esq.*

Orantes Law Firm, P.C.
3435 Wilshire Blvd. 27th Floor
Los Angeles, CA 90010

&

3 Park Plaza, Ste 100

Irvine, CA 92614
Tel: 888-777-0201 or (213) 389-4362
Fax: (877) 789-5776
e-mail: go@gobklaw.com
website: www.gobklaw.com

*Certified Bankruptcy Specialist, State Bar of California, Board of Legal Specialization

*Board Certified   Business Bankruptcy Law   American Board of Certification

*Board Certified   Consumer Bankruptcy Law   American Board of Certification

Commercial Litigation

Estate Planning

Outside General Counsel

WE ARE A "DEBT RELIEF AGENCY" AS DEFINED BY FEDERAL LAW.

SERVING BAKERSFIELD, LOS ANGELES, ORANGE COUNTY, RIVERSIDE, SAN BERNARDINO AND
SANTA BARBARA AND THE WORLD FOR CHAPTER 11 AND 15 CASES

Note  The information in this e mail message is not intended to be legal advice and should not be relied upon
as legal advice unless counsel expressly contracted in writing to provide such advice.  Furthermore, the
information contained in this e mail message is confidential information intended only for the use of the
individual or entity named. If the reader of this message is not the intended recipient or an agent responsible
for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copy of
this communication is strictly prohibited. If you have received this communication in error, please immediately
notify us by telephone or e mail and delete the original e mail   at (213) 389 4362 or (888) 619 8222

--

WE DO NOT ACCEPT SERVICE BY EMAIL UNLESS WE HAVE AGREED TO ACCEPT IT IN WRITING.

Giovanni Orantes, Esq.*

Orantes Law Firm, P.C.
3435 Wilshire Blvd. 27th Floor
Los Angeles, CA 90010

&

3 Park Plaza, Ste 100

Irvine, CA 92614
Tel: 888-777-0201 or (213) 389-4362
Fax: (877) 789-5776
e-mail: go@gobklaw.com
website: www.gobklaw.com

*Certified Bankruptcy Specialist, State Bar of California, Board of Legal Specialization

*Board Certified   Business Bankruptcy Law   American Board of Certification

*Board Certified   Consumer Bankruptcy Law   American Board of Certification

Commercial Litigation

Estate Planning

Outside General Counsel

WE ARE A "DEBT RELIEF AGENCY" AS DEFINED BY FEDERAL LAW.

SERVING BAKERSFIELD, LOS ANGELES, ORANGE COUNTY, RIVERSIDE, SAN BERNARDINO AND SANTA BARBARA AND THE WORLD FOR CHAPTER 11 AND 15 CASES

Note  The information in this e mail message is not intended to be legal advice and should not be relied upon as legal advice unless counsel expressly contracted in writing to provide such advice.  Furthermore, the information contained in this e mail message is confidential information intended only for the use of the individual or entity named. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone or e mail and delete the original e mail    at (213) 389 4362 or (888) 619 8222

--

WE DO NOT ACCEPT SERVICE BY EMAIL UNLESS WE HAVE AGREED TO ACCEPT IT IN WRITING.

Giovanni Orantes, Esq.*

Orantes Law Firm, P.C.
3435 Wilshire Blvd. 27th Floor
Los Angeles, CA 90010

&

3 Park Plaza, Ste 100

Irvine, CA 92614
Tel: 888-777-0201 or (213) 389-4362
Fax: (877) 789-5776
e-mail: go@gobklaw.com
website: www.gobklaw.com

*Certified Bankruptcy Specialist, State Bar of California, Board of Legal Specialization

*Board Certified - Business Bankruptcy Law - American Board of Certification

*Board Certified - Consumer Bankruptcy Law - American Board of Certification

Commercial Litigation

Estate Planning

Outside General Counsel

WE ARE A "DEBT RELIEF AGENCY" AS DEFINED BY FEDERAL LAW.

SERVING BAKERSFIELD, LOS ANGELES, ORANGE COUNTY, RIVERSIDE, SAN BERNARDINO AND SANTA
BARBARA AND THE WORLD FOR CHAPTER 11 AND 15 CASES.

Note: The information in this e-mail message is not intended to be legal advice and should not be relied upon as legal
advice unless counsel e pressly contracted in writing to provide such advice  Furthermore, the information contained
in this e-mail message is confidential information intended only for the use of the individual or entity named. If the
reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient,
you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you
have received this communication in error, please immediately notify us by telephone or e mail and delete the original
e-mail – at (213) 389-4362 or (888) 619-8222.

--

WE DO NOT ACCEPT SERVICE BY EMAIL UNLESS WE HAVE AGREED TO ACCEPT IT
IN WRITING.

Giovanni Orantes, Esq.*

Orantes Law Firm, P.C.
3435 Wilshire Blvd. 27th Floor
Los Angeles, CA 90010

&

3 Park Plaza, Ste 100

Irvine, CA 92614
Tel: 888-777-0201 or (213) 389-4362
Fax: (877) 789-5776
e-mail: go@gobklaw.com
website: www.gobklaw.com

*Certified Bankruptcy Specialist, State Bar of California Board of Legal Specialization*

*Board Certified   Business Bankruptcy Law   American Board of Certification

*Board Certified   Consumer Bankruptcy Law   American Board of Certification

Commercial Litigation

Estate Planning

Outside General Counsel


WE ARE A "DEBT RELIEF AGENCY" AS DEFINED BY FEDERAL LAW.

SERVING BAKERSFIELD, LOS ANGELES, ORANGE COUNTY, RIVERSIDE, SAN BERNARDINO AND SANTA BARBARA AND THE WORLD FOR CHAPTER 11 AND 15 CASES

Note  The information in this e mail message is not intended to be legal advice and should not be relied upon as legal advice unless counsel expressly contracted in writing to provide such advice.  Furthermore, the information contained in this e mail message is confidential information intended only for the use of the individual or entity named  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited  If you have received this communication in error, please immediately notify us by telephone or e-mail and delete the original e-mail – at (213) 389 4362 or (888) 619 8222



--

WE DO NOT ACCEPT SERVICE BY EMAIL UNLESS WE HAVE AGREED TO ACCEPT IT IN WRITING.


Giovanni Orantes, Esq.*

Orantes Law Firm, P.C.
3435 Wilshire Blvd. 27th Floor
Los Angeles, CA 90010

&

3 Park Plaza, Ste 100

Irvine, CA 92614
Tel: 888-777-0201 or (213) 389-4362
Fax: (877) 789-5776
e-mail: go@gobklaw.com
website: www.gobklaw.com

*Certified Bankruptcy Specialist, State Bar of California, Board of Legal Specialization*

*Board Certified   Business Bankruptcy Law   American Board of Certification

*Board Certified   Consumer Bankruptcy Law   American Board of Certification

Commercial Litigation

Estate Planning

Outside General Counsel

WE ARE A "DEBT RELIEF AGENCY" AS DEFINED BY FEDERAL LAW.

SERVING BAKERSFIELD, LOS ANGELES, ORANGE COUNTY, RIVERSIDE, SAN BERNARDINO AND SANTA BARBARA AND THE WORLD FOR CHAPTER 11 AND 15 CASES

Note  The information in this e mail message is not intended to be legal advice and should not be relied upon as legal advice unless counsel expressly contracted in writing to provide such advice.  Furthermore, the information contained in this e-mail message is confidential information intended only for the use of the individual or entity named  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited  If you have received this communication in error, please immediately notify us by telephone or e-mail and delete the original e-mail – at (213) 389-4362 or (888) 619-8222

--

WE DO NOT ACCEPT SERVICE BY EMAIL UNLESS WE HAVE AGREED TO ACCEPT IT IN WRITING.

Giovanni Orantes, Esq.*

Orantes Law Firm, P.C.
3435 Wilshire Blvd. 27th Floor
Los Angeles, CA 90010

&

3 Park Plaza, Ste 100

Irvine, CA 92614
Tel: 888-777-0201 or (213) 389-4362
Fax: (877) 789-5776
e-mail: go@gobklaw.com
website: www.gobklaw.com

*Certified Bankruptcy Specialist, State Bar of California, Board of Legal Specialization

*Board Certified   Business Bankruptcy Law   American Board of Certification

*Board Certified   Consumer Bankruptcy Law   American Board of Certification

Commercial Litigation

Estate Planning

Outside General Counsel

WE ARE A "DEBT RELIEF AGENCY" AS DEFINED BY FEDERAL LAW.

SERVING BAKERSFIELD, LOS ANGELES, ORANGE COUNTY, RIVERSIDE, SAN BERNARDINO AND SANTA BARBARA AND THE WORLD FOR CHAPTER 11 AND 15 CASES

Note  The information in this e mail message is not intended to be legal advice and should not be relied upon as legal advice unless counsel expressly contracted in writing to provide such advice.  Furthermore, the information contained in this e-mail message is confidential information intended only for the use of the individual or entity named  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited  If you have received this communication in error, please immediately notify us by telephone or e-mail and delete the original e-mail – at (213) 389-4362 or (888) 619-8222.

--

WE DO NOT ACCEPT SERVICE BY EMAIL UNLESS WE HAVE AGREED TO ACCEPT IT IN WRITING.


Giovanni Orantes, Esq.*

Orantes Law Firm, P.C.
3435 Wilshire Blvd. 27th Floor
Los Angeles, CA 90010

&

3 Park Plaza, Ste 100

Irvine, CA 92614
Tel: 888-777-0201 or (213) 389-4362
Fax: (877) 789-5776
e-mail: go@gobklaw.com
website: www.gobklaw.com

*Certified Bankruptcy Specialist, State Bar of California, Board of Legal Specialization*

*Board Certified - Business Bankruptcy Law - American Board of Certification

*Board Certified - Consumer Bankruptcy Law - American Board of Certification

Commercial Litigation

Estate Planning

Outside General Counsel


WE ARE A "DEBT RELIEF AGENCY" AS DEFINED BY FEDERAL LAW.


SERVING BAKERSFIELD, LOS ANGELES, ORANGE COUNTY, RIVERSIDE, SAN BERNARDINO AND SANTA BARBARA AND THE WORLD FOR CHAPTER 11 AND 15 CASES.

Note: The information in this e-mail message is not intended to be legal advice and should not be relied upon as legal advice unless counsel e  pressly contracted in writing to provide such advice   Furthermore, the information contained in this e mail message is confidential information intended only for the use of the individual or entity named. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone or e mail and delete the original e mail    at (213) 389 4362 or (888) 619 8222



--

WE DO NOT ACCEPT SERVICE BY EMAIL UNLESS WE HAVE AGREED TO ACCEPT IT IN WRITING.


Giovanni Orantes, Esq.*

Orantes Law Firm, P.C.
3435 Wilshire Blvd. 27th Floor
Los Angeles, CA 90010

&

3 Park Plaza, Ste 100

Irvine, CA 92614
Tel: 888-777-0201 or (213) 389-4362
Fax: (877) 789-5776
e-mail: go@gobklaw.com
website: www.gobklaw.com

*Certified Bankruptcy Specialist, State Bar of California, Board of Legal Specialization*

*Board Certified - Business Bankruptcy Law - American Board of Certification

*Board Certified - Consumer Bankruptcy Law - American Board of Certification

Commercial Litigation

Estate Planning

Outside General Counsel

WE ARE A "DEBT RELIEF AGENCY" AS DEFINED BY FEDERAL LAW.

SERVING BAKERSFIELD, LOS ANGELES, ORANGE COUNTY, RIVERSIDE, SAN BERNARDINO AND SANTA BARBARA AND THE
WORLD FOR CHAPTER 11 AND 15 CASES.

Note: The information in this e-mail message is not intended to be legal advice and should not be relied upon as legal advice unless counsel
e  pressly contracted in writing to provide such advice   Furthermore, the information contained in this e mail message is confidential
information intended only for the use of the individual or entity named. If the reader of this message is not the intended recipient or an agent
responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication
is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone or e-mail and delete the
original e mail   at (213) 389 4362 or (888) 619 8222

--

WE DO NOT ACCEPT SERVICE BY EMAIL UNLESS WE HAVE AGREED TO ACCEPT IT IN WRITING.

Giovanni Orantes, Esq.*

Orantes Law Firm, P.C.
3435 Wilshire Blvd. 27th Floor
Los Angeles, CA 90010

&

3 Park Plaza, Ste 100

Irvine, CA 92614
Tel: 888-777-0201 or (213) 389-4362
Fax: (877) 789-5776
e-mail: go@gobklaw.com
website: www.gobklaw.com

*Certified Bankruptcy Specialist, State Bar of California, Board of Legal Specialization*

*Board Certified - Business Bankruptcy Law - American Board of Certification

*Board Certified - Consumer Bankruptcy Law - American Board of Certification

Commercial Litigation

Estate Planning

Outside General Counsel


WE ARE A "DEBT RELIEF AGENCY" AS DEFINED BY FEDERAL LAW.


SERVING BAKERSFIELD, LOS ANGELES, ORANGE COUNTY, RIVERSIDE, SAN BERNARDINO AND SANTA BARBARA AND THE WORLD FOR CHAPTER 11 AND 15 CASES


Note  The information in this e mail message is not intended to be legal advice and should not be relied upon as legal advice unless counsel expressly contracted in writing to provide such advice.  Furthermore, the information contained in this e-mail message is confidential information intended only for the use of the individual or entity named  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited  If you have received this communication in error, please immediately notify us by telephone or e mail and delete the original e-mail – at (213) 389-4362 or (888) 619-8222.


--

WE DO NOT ACCEPT SERVICE BY EMAIL UNLESS WE HAVE AGREED TO ACCEPT IT IN WRITING.


Giovanni Orantes, Esq.*

Orantes Law Firm, P.C.
3435 Wilshire Blvd. 27th Floor
Los Angeles, CA 90010

&

3 Park Plaza, Ste 100

Irvine, CA 92614
Tel: 888-777-0201 or (213) 389-4362
Fax: (877) 789-5776
e-mail: go@gobklaw.com
website: www.gobklaw.com

*Certified Bankruptcy Specialist, State Bar of California, Board of Legal Specialization

*Board Certified   Business Bankruptcy Law   American Board of Certification

*Board Certified   Consumer Bankruptcy Law   American Board of Certification

Commercial Litigation

Estate Planning

Outside General Counsel


WE ARE A "DEBT RELIEF AGENCY" AS DEFINED BY FEDERAL LAW.


SERVING BAKERSFIELD, LOS ANGELES, ORANGE COUNTY, RIVERSIDE, SAN BERNARDINO AND SANTA BARBARA AND THE WORLD FOR CHAPTER 11 AND 15 CASES

Note  The information in this e mail message is not intended to be legal advice and should not be relied upon as legal advice unless counsel

e pressly contracted in writing to provide such advice Furthermore, the information contained in this e mail message is confidential information intended only for the use of the individual or entity named. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone or e-mail and delete the original e-mail – at (213) 389 4362 or (888) 619 8222

--

WE DO NOT ACCEPT SERVICE BY EMAIL UNLESS WE HAVE AGREED TO ACCEPT IT IN WRITING.

Giovanni Orantes, Esq.*

Orantes Law Firm, P.C.
3435 Wilshire Blvd. 27th Floor
Los Angeles, CA 90010

&

3 Park Plaza, Ste 100

Irvine, CA 92614
Tel: 888-777-0201 or (213) 389-4362
Fax: (877) 789-5776
e-mail: go@gobklaw.com
website: www.gobklaw.com

*Certified Bankruptcy Specialist, State Bar of California, Board of Legal Specialization*

*Board Certified - Business Bankruptcy Law - American Board of Certification

*Board Certified - Consumer Bankruptcy Law - American Board of Certification

Commercial Litigation

Estate Planning

Outside General Counsel

WE ARE A "DEBT RELIEF AGENCY" AS DEFINED BY FEDERAL LAW.

SERVING BAKERSFIELD, LOS ANGELES, ORANGE COUNTY, RIVERSIDE, SAN BERNARDINO AND SANTA BARBARA AND THE WORLD FOR CHAPTER 11 AND 15 CASES.

Note: The information in this e-mail message is not intended to be legal advice and should not be relied upon as legal advice unless counsel e pressly contracted in writing to provide such advice Furthermore, the information contained in this e mail message is confidential information intended only for the use of the individual or entity named. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited If you have received this communication in error, please immediately notify us by telephone or e-mail and delete the original e-mail – at (213) 389-4362 or (888) 619 8222

--

WE DO NOT ACCEPT SERVICE BY EMAIL UNLESS WE HAVE AGREED TO ACCEPT IT IN WRITING.

Giovanni Orantes, Esq.*
Orantes Law Firm, P.C.
3435 Wilshire Blvd. 27th Floor
Los Angeles, CA 90010

6/6/24, 3 24 PM Case 8:22-bk-10442-TA Orange Count m Mail fil RoberDosc.285m Mari Filed 06/06/24 Clote Meeted 06/06/24 m 19:03:45 Desc

Main Document    Page 36 of 41

&
3 Park Plaza, Ste 100
Irvine, CA 92614
Tel: 888-777-0201 or (213) 389-4362
Fax: (877) 789-5776
e-mail: go@gobklaw.com
website: www.gobklaw.com

*Certified Bankruptcy Specialist, State Bar of California, Board of Legal Specialization*

*Board Certified - Business Bankruptcy Law - American Board of Certification

*Board Certified   Consumer Bankruptcy Law   American Board of Certification

Commercial Litigation

Estate Planning

Outside General Counsel

WE ARE A "DEBT RELIEF AGENCY" AS DEFINED BY FEDERAL LAW.

SERVING BAKERSFIELD, LOS ANGELES, ORANGE COUNTY, RIVERSIDE, SAN BERNARDINO AND SANTA BARBARA AND THE WORLD FOR CHAPTER 11 AND 15 CASES

Note  The information in this e mail message is not intended to be legal advice and should not be relied upon as legal advice unless counsel e  pressly contracted in writing to provide such advice.  Furthermore, the information contained in this e-mail message is confidential information intended only for the use of the individual or entity named  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone or e mail and delete the original e mail    at (213) 389 4362 or (888) 619 8222

## CLARATION OF PETER DOWNS

1.    I am over 18 years of age and the Chief Executive Officer of KlearNow Corporation ("KlearNow"), a creditor in the case of Cloud Mountain, Inc. (the "Debtor" or "Cloud Mountain") bearing case No. 8:22-bk-10442-TA. The Debtor is operating its business in the ordinary course of business after confirming a Subchapter V Plan of Reorganization. Except when based on information and belief, I make this declaration based on facts within my personal knowledge and if called as a witness, could and would testify thereto.  .

2.    I am one of the custodians of the books, records and files of KlearNow. I have personally worked on the books, records and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of KlearNow on behalf of KlearNow. These books, records and files were made at or about the time of the events recorded, and are maintained in the ordinary course of KlearNow's business at or near the time of the actions, conditions or events to which they relate. Any such document was prepared in the ordinary course of business of KlearNow by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event. The business records are available for inspection and copies can be submitted to the court if required.

3.    I am informed and believe that the Debtor. filed for bankruptcy relief under Subchapter V of Chapter 11 of the Bankruptcy Code on March 17, 2022 ("Petition Date").

4.    Again, KlearNow provides services to clear customs swiftly and increase on-time delivery with digital documents and compliant data on hand.  It enables its clients to take control of customs and transportation processes.  KlearNow has provided such services to the Debtor after the Petition Date for the benefit of the entire bankruptcy estate, but it has not been paid yet despite invoicing the Debtor for payment.

5.    I provide this declaration in support of that Motion for an Order to Show Cause Why Cloud Mountain, Inc. Should Not Be Held in Contempt of Court for Violation of that order entered on December 20, 2023 bearing Docket No. 279.

-1-

6. On September 29, 2023, KlearNow filed its Notice of Motion and Motion for Approval of Administrative Expense Claim (the "Administrative Expense Claim Motion") as docket No. 250. Such motion requested an administrative claim for $20,207.27.

7. On October 18, 2023, the Debtor filed its Opposition to the Administrative Expense Claim Motion as docket No. 267. The Debtor objected to specific components of the payment KlearNow sought, but agreed that KlearNow should receive payment in the amount of $11,530.76. KlearNow disagreed.

8. The Parties engaged in negotiations after the hearing and reached a resolution whereby KlearNow agreed to receive the lower amount especially to avoid further delay. As a result, the Parties signed and submitted a stipulation reflecting their agreement as Docket No. 278 (Stipulation Regarding Motion for Approval of Administrative Expense Claim Filed by Creditor KlearNow Corporation), which was approved by order entered on December 20, 2023 bearing Docket No. 279. I am informed and believe that true and correct copies of the aforementioned Stipulation and Order are attached to the Declarations of Giovanni Orantes, Esq. as Exhibits "1" and "2," respectively.

9. Since that time, even though the Order required payment "immediately,' Cloud Mountain has not paid KlearNow at all.

10. As of the filing of this Motion, no payment has been received.

11. I have had KlearNow's attorney, Giovanni Orantes, communicate with counsel for the Debtor to recover KlearNow's money

12. I urge the Court to grant the Motion and allow the full amount requested and award sanctions against the Debtor for its flagrant disregard for this Court's Order, including attorneys' fees and costs that KlearNow is having to pay its counsel to prosecute contempt.

-2-

I declare under penalty of perjury, under the law if the United States that the foregoing is true and correct, and that this declaration was executed by me on the 6th day of June, 2024 in the State of California.

Peter Downs

Peter Downs

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**3435 Wilshire Blvd., 27th Floor**
**Los Angeles, CA 90010**
A true and correct copy of the foregoing document entitled (specify): **NOTICE OF MOTION AND MOTION FOR AN ORDER TO SHOW CAUSE WHY CLOUD MOUNTAIN, INC. SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR VIOLATION OF ORDER REQUIRING PAYMENT OF ADMINISTRATIVE CLAIM; MEMORANDUM OF POINTS AND AUTHORITIES AND SUPPORTING DECLARATIONS** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 6, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Fahim Farivar on behalf of Interested Party Farivar Law Firm, APC
fahim@farivarlaw.com, catherine@farivarlaw.com;lisa@farivarlaw.com

Beth Gaschen on behalf of Attorney Weiland Golden Goodrich LLP
bgaschen@go2.law,
kadele@go2.law;cmeeker@go2.law;cyoshonis@go2.law;bgaschen@ecf.courtdrive.com;dfitzgerald@go2.law

Beth Gaschen on behalf of Debtor Cloud Mountain, Inc., a California corporation
bgaschen@go2.law,
kadele@go2.law;cmeeker@go2.law;cyoshonis@go2.law;bgaschen@ecf.courtdrive.com;dfitzgerald@go2.law

Ivan M. Gold on behalf of Creditor 500 Warner Avenue, LLC
igold@allenmatkins.com

David M Goodrich on behalf of Attorney Weiland Golden Goodrich LLP
dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich on behalf of Debtor Cloud Mountain, Inc., a California corporation
dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

Michael S Greger on behalf of Creditor 500 Warner Avenue, LLC
mgreger@allenmatkins.com, kpreston@allenmatkins.com

Queenie K Ng on behalf of U.S. Trustee United States Trustee (SA)
queenie.k.ng@usdoj.gov

Giovanni Orantes on behalf of Creditor KlearNow Corporation
go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com

Mark M Sharf (TR)
mark@sharflaw.com, C188@ecfcbis.com;sharf1000@gmail.com;2180473420@filings.docketbird.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:

On, _____I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  **June 6, 2024** , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

United States Bankruptcy Court
Honorable Theodor C. Albert
411 West Fourth Street, Suite 5085
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| **June 6, 2024** | Andrea M. Castro | |
| *Date* | *Printed Name* | *Signature* |