PETER C. ANDERSON
UNITED STATES TRUSTEE
KENNETH M. MISKEN, State Bar No. 349167
ASSISTANT UNITED STATES TRUSTEE
QUEENIE K. NG, State Bar No. 223803
TRIAL ATTORNEY
Office of the United States Trustee
411 W. Fourth Street, Suite 7160
Santa Ana, CA 92701
(714) 338-3403 telephone
(714) 338-3421 facsimile
Email: queenie.k.ng@usdoj.gov



**FILED & ENTERED**

**SEP 11 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY deramus  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>**CLOUD MOUNTAIN, INC.,**<br><br>        Debtor. | Case No.: 8:22-bk-10442 TA<br><br>Chapter 11<br><br>**ORDER CONVERTING DEBTOR'S CASE TO CHAPTER 7**<br><br>Date:    September 11, 2024<br>Time:   10:00 a.m.<br>Ctrm:   5B via ZoomGov |

A hearing was held on September 11, 2024 at 10 a.m. before the Honorable Theodor Albert, United States Bankruptcy Judge for the Central District of California in Courtroom 5B located at 411 West Fourth street, Santa Ana, CA, on the Court's Order to Show Cause Why the Case of Cloud Mountain, Inc. Should Not Be Converted to One under Chapter 7 for Violation of Order Requiring Payment of Administrative Claim [Bankr. Dkt. # 293].  Giovanni Orantes of The Orantes Law Firm, P.C. appeared on behalf of KlearNow Corporation.  David M. Goodrich of Golden

Goodrich LLP appeared on behalf of the Debtor.  All other appearances were made as noted on the record.

The Court, having considered the oral arguments presented at the time of the hearing, for GOOD CAUSE APPEARING, and for the reasons stated on the record, orders as follows:

1.  The Debtor's case is converted to Chapter 7.

2.  The Debtor shall comply with Federal Rule of Bankruptcy Procedure 1019.

IT IS SO ORDERED.

### ###

Date: September 11, 2024

Theodor C. Albert
United States Bankruptcy Judge

- 2 -